AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern   District of   Ohio

| | | |
|---|---|---|
| Joe Chandler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.      1:20-cv-967 |
| City of Cincinnati, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   Chandler's Objection (Doc. 12) is overruled and the Magistrate Judge's Report & Recommendation (Doc. 11) is
adopted. The Court grants Defendant's Motion to Dismiss (Doc. 6) this case under Rule 12(b)(6) with respect to Chandler's federal
claims, and declines to exercise supplemental jurisdiction over Chandler's state-law claims. The federal claims are therefore
dismissed with prejudice, the state claims are dismissed without prejudice. _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge   Douglas R. Cole _____ on a motion to   Dismiss _____
.

Date: _____ 8/23/21 _____

CLERK OF COURT

*Scott M. [signature]*

*Signature of Clerk or Deputy Clerk*